MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801, Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090



FILED
DISTRICT COURT OF GUAM
JUN 21 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Petitioner PacifiCare Health Insurance
 Company of Micronesia, Inc. dba PacifiCare Asia Pacific

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN PACIFICARE HEALTH INSURANCE COMPANY OF MICRONESIA, INC. dba PACIFICARE ASIA PACIFIC,<br><br>    Petitioner,<br><br>and<br><br>GOVERNMENT OF GUAM,<br><br>    Respondent. | CIVIL CASE NO. 04-00030<br><br><br><br>**NOTICE OF DISMISSAL OF PETITION TO APPOINT THIRD ARBITRATOR** |

On June 18, 2004 this Court issued an Order in the above-captioned cause directing the parties to file legal briefs concerning certain threshold jurisdictional matters pertaining to Petitioner's June 18, 2004 Petition for Appointment of Third Arbitrator. Jurisdictional matters aside, the Order raises concern that determination of the matter in this

**ORIGINAL**

**NOTICE OF DISMISSAL OF PETITION TO APPOINT THIRD ARBITRATOR**
**In the Matter of the Arbitration Between PacifiCare Health Insurance Company of Micronesia, Inc. dba PacifiCare Asia Pacific, Petitioner and Government of Guam, Respondent**
**District Court of Guam; Civil Case No. 04-00030**

Court could be delayed by (1) the absence of a resident District Judge; and (2) the fact that the presiding Untied States Magistrate might be subject to disqualification because he presided over the judicial proceedings which are the subject matter of the arbitration demand during his service as a Guam Superior Court Judge.

Given these rather unique circumstances, and considering the need for an expeditious resolution of the impasse at hand, Petitioner hereby withdraws and dismisses its Petition, without prejudice, pursuant to Fed. R. Civ. P. 41 (a). Petitioner hereby serves notice to Respondent that it will instead seek appropriate relief in the Superior Court of Guam.

Respectfully submitted this 21st day of June, 2004.

        **MAIR, MAIR, SPADE & THOMPSON**
        A Professional Corporation
        Attorneys for Petitioner PacifiCare Health Insurance
        Company of Micronesia, Inc. dba PacifiCare Asia Pacific

        By: _____
            RANDALL TODD THOMPSON

P04876.RTT