



Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

IN THE MATTER OF THE ARBITRATION ) Civil Case No. 04-00030
BETWEEN PACIFICARE HEALTH )
INSURANCE COMPANY OF )
MICRONESIA, INC. dba PACIFICARE )
ASIA PACIFIC, )
                               )
                Petitioner, ) **OPPOSITION TO NOTICE**
                               ) **OF DISMISSAL OF PETITION TO**
          vs. ) **APPOINT THIRD ARBITRATOR**
                               )
GOVERNMENT OF GUAM, )
                               )
                Respondent. )
                               )

        On June 18, 2004, Petitioner filed a Petitioner for Appointment of Third Arbitrator by Court (hereinafter the "Petition"). On the same day, the Court issued an Order setting hearing on the Petition on June 24, 2004 at 9:30 a.m.

        On June 21, 2004 Petitioner filed a Notice of Dismissal of Petition to Appoint Third Arbitrator (hereinafter Notice of Dismissal). In the Notice of Dismissal, Petitioner cited as his authority Fed. R. Cir. P. 41(a). The latter rule is not applicable, for it addresses dismissal of complaints. 9 USC § 6 provides that applications made and heard under the Federal

Page 1
*Opposition to Notice of Dismissal of Petition to Appoint Third Arbitrator*
District Court Civil Case No. 04-00030

Arbitration Act "shall be made and heard in the manner provided by law for the making and hearing of motions." LR 7.1(h)(i) provides in relevant part: Any moving party...who intends to withdraw [a motion] before the hearing date, shall not later than five (5) working days preceding the oral argument date, notify opposing counsel and the clerk in writing.

Opposing counsel was not notified five days in advance of the hearing, so the petitioners Notice of Dismissal should be disregarded. See accompanying Declaration of Joseph A. Guthrie.

Dated this 6/21/04 day of June 2004.

**OFFICE OF THE ATTORNEY GENERAL**
**DOUGLAS B. MOYLAN, Attorney General**

By: Joseph A. Guthrie
**JOSEPH A. GUTHRIE**
**Deputy Attorney General**

Page 2
*Opposition to Notice of Dismissal of Petition to Appoint Third Arbitrator*
District Court Civil Case No. 04-00030

Case 1:04-cv-00030 Document 5 Filed 06/21/2004 Page 2 of 2