

Office of the Attorney General
**Douglas B. Moylan**
Attorney General of Guam
**Civil Division**
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910 • USA
(671) 475-3324 • (671) 472-2493 (Fax)
www.guamattorneygeneral.com • law@mail.justice.gov.gu

**Attorneys for the Government of Guam**



FILED
DISTRICT COURT OF GUAM
JUN 21 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN PACIFICARE HEALTH INSURANCE COMPANY OF MICRONESIA, INC. dba PACIFICARE ASIA PACIFIC,<br><br>Petitioner,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>Respondent. | Civil Case No. 04-00030<br><br>**DECLARATION OF JOSEPH A. GUTHRIE** |

JOSEPH A. GUTHRIE declare:

1. I am attorney for respondent in the above captioned case.

---

Page 1
*Declaration of Joseph A. Guthrie*
District Court Civil Case No. 04-00030

2. I received notice of the Petitioners Notice of Dismissal of Petition to Appoint Third Arbitrator on June 21, 2004.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21st day of June 2004.

**OFFICE OF THE ATTORNEY GENERAL**
DOUGLAS B. MOYLAN, Attorney General

By: *[signature]* JOSEPH A. GUTHRIE
Deputy Attorney General