

```
FILED
DISTRICT COURT OF GUAM
JUN 23 2004
MARY L. M. MORAN
CLERK OF COURT
```

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Petitioner PacifiCare Health Insurance
  Company of Micronesia, Inc. dba PacifiCare Asia Pacific

### IN THE DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN PACIFICARE HEALTH INSURANCE COMPANY OF MICRONESIA, INC. dba PACIFICARE ASIA PACIFIC,<br><br>    Petitioner,<br><br>and<br><br>GOVERNMENT OF GUAM,<br><br>    Respondent. | CIVIL CASE NO. 04-00030<br><br>**SUPPLEMENTAL MEMORANDUM CONCERNING DEVELOPMENTS IN SUPERIOR COURT** |

On June 22, 2004, subsequent to the filing of Petitioner PacifiCare's Response to the Government's objection to dismissal, the Superior Court of Guam held a hearing and assumed jurisdiction over PacifiCare's Superior Court Petition to appoint a third arbitrator.

1

**ORIGINAL**

The Superior Court directed counsel for PacifiCare to draft an Order summarizing the Court's disposition. The draft Order is currently being circulated for approval as to form, but counsel represents to the Court that the document is a fair and accurate representation of the Superior Court's June 22, 2004 bench ruling.

Given PacifiCare's June 21, 2004 dismissal of the instant District Court action and the Superior Court's assumption of jurisdiction, PacifiCare respectfully requests that this Court's scheduled June 24, 2004 hearing be taken off calendar.

Respectfully submitted this 23rd day of June, 2004.

> **MAIR, MAIR, SPADE & THOMPSON**
> A Professional Corporation
> Attorneys for Petitioner PacifiCare Health Insurance
> Company of Micronesia, Inc. dba PacifiCare Asia Pacific
>
> By: _____
> RANDALL TODD THOMPSON

P04285.rtt