MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206

Attorneys for Petitioner PacifiCare Health Insurance
 Company of Micronesia, Inc. dba PacifiCare Asia Pacific

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN PACIFICARE HEALTH INSURANCE COMPANY OF MICRONESIA, INC. dba PACIFICARE ASIA PACIFIC,<br><br>Petitioner,<br><br>and<br><br>GOVERNMENT OF GUAM,<br><br>Respondent. | CIVIL CASE NO. 04-00030<br><br>**ERRATUM** |

Attached to this Erratum is a true and correct copy of the draft Order prepared and circulated by PacifiCare concerning the Superior Court hearing held on June 22, 2004, which was referenced in Petitioner's "Supplemental Memorandum Concerning Developments

1

ORIGINAL
Case 1:04-cv-00030    Document 19    Filed 06/23/2004    Page 1 of 4

in Superior Court." The draft Order was inadvertently not attached to the Supplemental Memorandum. Petitioner regrets any inconvenience this might have caused the Court or opposing counsel.

Respectfully submitted this 23rd day of June, 2004.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Petitioner PacifiCare Health Insurance
Company of Micronesia, Inc. dba PacifiCare Asia Pacific

By:_____
RANDALL TODD THOMPSON

P042286.rtt

2

MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206



Attorneys for Petitioner PacifiCare Health Insurance
  Company of Micronesia, Inc. dba PacifiCare Asia Pacific

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN PACIFICARE HEALTH INSURANCE COMPANY OF MICRONESIA, INC. dba PACIFICARE ASIA PACIFIC, <br><br> Petitioner, <br><br> and <br><br> GOVERNMENT OF GUAM, <br><br> Respondent. | SPECIAL PROCEEDINGS NO. SP0142-04 <br><br><br><br><br><br> **ORDER** |

On June 22, 2004, this Court heard argument on Petitioner PacifiCare Health Insurance Company of Micronesia, Inc. dba PacifiCare Asia Pacific's ("PacifiCare") Ex Parte Petition to Appoint Third Arbitrator, Randall Todd Thompson appearing for Petitioner PacifiCare and Joseph A. Guthrie from the Office of the Attorney General appearing on behalf of Respondent, the Government of Guam ("Government"). Upon hearing argument and considering the memoranda of the parties, the Court hereby orders as follows:

    1.    The Court shall assume jurisdiction over the case;

2. Each party shall submit a list of five individuals whom they deem suitable for service as the third arbitrator in this case, together with background information such as a resume or curriculum vitae, on or before July 7, 2004. If either party requires additional time to accomplish this task, they should apply to the Court;

3. A status hearing on this matter shall be held on July 9, 2004, at 11:00 a.m.; and

4. If the parties wish to file any legal memoranda, on matters such as jurisdictional issues, they should do so on or before June 25, 2004.

SO ORDERED.


Dated:_____

_____
HONORABLE ALBERTO C. LAMORENA, III
Presiding Judge
Superior Court of Guam

**APPROVED AS TO FORM:**

**OFFICE OF THE ATTORNEY GENERAL
DOUGLAS B. MOYLAN, ATTORNEY GENERAL**


By:_____
   JOSEPH A. GUTHRIE, Deputy Attorney General

Date:_____

P042284.rtt

2