MAIR, MAIR, SPADE & THOMPSON
A Professional Corporation
Attorneys at Law
238 A.F.C. Flores Street
Suite 801 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089/2090
Facsimile: (671) 477-5206


FILED
DISTRICT COURT OF GUAM
JUN 23 2004
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Petitioner PacifiCare Health Insurance
   Company of Micronesia, Inc. dba PacifiCare Asia Pacific

## IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| IN THE MATTER OF THE ARBITRATION BETWEEN PACIFICARE HEALTH INSURANCE COMPANY OF MICRONESIA, INC. dba PACIFICARE ASIA PACIFIC,<br><br>    Petitioner,<br><br>and<br><br>GOVERNMENT OF GUAM,<br><br>    Respondent. | CIVIL CASE NO. 04-00030<br><br>**CERTIFICATE OF SERVICE** |

    I, RANDALL TODD THOMPSON, ESQ., hereby certify that I caused a copy of the following documents to be served upon the following person,

1

**ORIGINAL**

Douglas B. Moylan
Attorney General of Guam
OFFICE OF THE ATTORNEY GENERAL
Civil Division
Guam Judicial Center, Suite 2-200E
120 West O'Brien Drive
Hagåtña, Guam 96910

via hand delivery, on the dates herein below indicated:

| | DOCUMENT | DATE OF FILING | DATE OF SERVICE |
|---|---|---|---|
| 1. | Supplemental Memorandum Concerning Developments in Superior Court | 06/23/04 | 06/23/04 |
| 2. | Erratum | 06/23/04 | 06/23/04 |

DATED this 23rd day of June, 2004.

**MAIR, MAIR, SPADE & THOMPSON**
A Professional Corporation
Attorneys for Petitioner PacifiCare Health Insurance
Company of Micronesia, Inc. dba PacifiCare Asia Pacific

By: _____
RANDALL TODD THOMPSON

P042287.rtt

2